**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **CATHLEEN FLEMING**, | ) Case No. 2:11-cv-02221-FJM |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITHOUT** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **ZWICKER & ASSOCIATES, P.C.**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court of Arizona, Plaintiff's Dismissal of This Case Without Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 13th day of January, 2012.

By:s/Marshall Meyers
   **Marshall Meyers**
   **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
   **Phoenix, AZ 85012**
   **602 445 9819**
   **866 565 1327 facsimile**
   **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**

Notice of Dismissal - 1

Filed electronically on this 13th day of January, 2012, with:

United States District Court CM/ECF system

Mailed this 13th day of January, 2012 to:

Hon. Fredrick J. Martone
Sandra Day O'Connor US Courthouse, Suite 625
United States District Court
401 W. Washington St. SPC62
Phoenix AZ 85003-2158

Robert W. Thuotte
Zwicker & Associates P.C.
80 Minuteman Road
Andover MA 01810

By: s/Cathy Bopp
    Cathy Bopp

Notice of Dismissal - 2